JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABIA SHAHBAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMPEX LEGAL SERVICES, INC.,<br><br>Defendant | Case No. 2:24-cv-08937-SVW-JC<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br>**[ECF NO. # 17]** |

On November 15, 2024, the Parties filed a Joint Motion to Remand pursuant to 28 U.S. Code § 1447(c).

The Court, having considered the Motion and finding good cause therefor, hereby GRANTS the Motion to Remand and ORDERS as follows

1. Remand this action to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated:   December 9, 2024

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

-1-